NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JASON E. RIGDON,**
*Petitioner,*

**v.**

**DEPARTMENT OF DEFENSE,**
*Respondent.*

---

2011-3228

---

Petition for review of the Merit Systems Protection Board in case no. PH0752100504-I-1.

---

## ON MOTION

---

## ORDER

Jason E. Rigdon moves without opposition to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw 2011-3228 is granted. The petition is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

APR 2 7 2012

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Lisa Jo Fanelli-Greer, Esq.
    L. Misha Preheim, Esq.

s21

Issued As A Mandate: APR 2 7 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 7 2012

JAN HORBALY
CLERK